UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jennifer Kingsbury,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>Bureau of Collection Recovery, Inc.,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 11-cv-285 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 18, 2011

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: __/s/ Diana P. Larson_____

　　　　　　　　　　　　　　　　　　　　　Diana P. Larson, *Attorney-in-Charge*
　　　　　　　　　　　　　　　　　　　　　Southern District of Texas Bar No. 24957
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007799
　　　　　　　　　　　　　　　　　　　　　The Larson Law Office, PLLC
　　　　　　　　　　　　　　　　　　　　　440 Louisiana, Suite 900
　　　　　　　　　　　　　　　　　　　　　Houston, Texas  77002
　　　　　　　　　　　　　　　　　　　　　Telephone:  (713) 221-9088
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (832) 415-9762
　　　　　　　　　　　　　　　　　　　　　Email:  diana@thelarsonlawoffice.com


　　　　　　　　　　　　　　　　　　　　　Of Counsel To:
　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　A Connecticut Law Firm

        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (877) 795-3666
        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By __/s/ Diana P. Larson_____

                                              Diana P. Larson