| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Jennifer Kingsbury, §
§
    Plaintiff, §
§
versus §    Civil Action H-11-285
§
Bureau of Collection Recovery, Inc., §
§
    Defendant. §

## Final Dismissal

1. The court, having been advised that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on March 18, 2011, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge